AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

**SEALED DOCUMENT**

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| | )  Case No.   10-cr- 118-01-PB |
| David Gabriel, a/k/a "Davy" | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     David Gabriel, a/k/a "Davy"                                                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Cocaine; Distribution of Cocaine

Date:  9-16-2010

_____
*Issuing officer's signature*

City and state:    Concord, New Hampshire

Ann McLvee, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)*    09/16/10    , and the person was arrested on *(date)*    09/29/10
at *(city and state)*  _____ .

Date:    09/29/10

_____
*Arresting officer's signature*

Special Agt Christopher L Irvin
*Printed name and title*