**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                                              Case No. 10-cr-118-PB

**David Gabriel**

**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for December 1, 2010, citing the need for additional time to negotiate a plea agreement or prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow time for the parties to properly prepare for trial, the court will continue the trial from December 1, 2010 to February 1, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    SO ORDERED.

                                                  /s/Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge

November 24, 2010

cc:  R. Brian Snow, Esq.
     Robert J. Veiga, Esq.
     United States Probation
     United States Marshal